IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00815-KDB-DCK

| | |
|---|---|
| PAUL DAVID WIEDEMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMED MALIK,<br>MC LOGISTICS LLC, AND<br>ELITE ECOM ADVISORS LLC,<br><br>    Defendants. | **MEMORANDUM AND ORDER** |

Before the Court is Plaintiff Paul David Wiedemann's Motion for Entry of Default Judgment. (Doc. No. 10). Plaintiff's Complaint, original summonses, and all other required documents were served upon Defendants Ahmed Malik, Elite Ecom Advisors LLC, and MC Logistics LLC ("Defendants") on November 6, 2025, and affidavits of service were filed with the Court. (Doc. Nos. 4-6). On December 9, 2025, the Clerk of Court entered a default against Defendants (who are not infants, incompetent or serving in the military) for failure to plead or otherwise defend this action. (Doc. No. 8).

Plaintiff filed his Motion for Entry of Default Judgment on January 12, 2026. Plaintiff seeks an order and judgment compelling Defendants, jointly and severally, to pay Plaintiff $673,101.57 ($224,367.19 in economic damages, trebled pursuant to N.C. Gen. Stat. § 75-16). Plaintiff further intends to seek an award of costs and reasonable attorney's fees, which this Order does not address. After considering Plaintiff's motion, the evidence Plaintiff has proffered in support, the Complaint, and in light of Defendants' default, the Court concludes that Plaintiff's motion should be, and it hereby is, GRANTED.

1

Accordingly, it is hereby:

1. ORDERED that Defendants are jointly and severally liable to Plaintiff for fraud and for violations of the North Carolina Unfair and Deceptive Trade Practices Act as set forth in the Complaint;

2. ORDERED that Defendants are jointly and severally required to pay Plaintiff $673,101.57 ($224,367.19 in economic damages, which the Court finds have been proven, trebled pursuant to N.C. Gen. Stat. § 75-16);

3. ORDERED that this Court retains jurisdiction for purposes of deciding Plaintiff's forthcoming motions for any award of attorney's fees and costs; and

4. ORDERED that the Clerk shall issue separate judgments (one for each Defendant) providing that Plaintiff Paul David Wiedemann shall recover of each Defendant (jointly and severally with the other Defendants), the sum of $673,101.57, with interest thereon as provided by 28 U.S.C. § 1961.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 17, 2026

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge